# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00147-CV

**Mercedes-Benz USA, LLC and Continental Imports Holding, Inc. d/b/a
Mercedes-Benz of Austin, Appellants**

**v.**

**Joseph Yousefy, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-03-002179, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In Appellants' Motion to Dismiss Appeal Pursuant to Settlement, Mercedes-Benz
USA, LLC and Continental Imports Holding, Inc. d/b/a Mercedes-Benz of Austin represent that they
no longer wish to pursue this appeal, that the dismissal would not prevent an entitled party from
seeking relief, and that appellee Joseph Yousefy is not opposed to the dismissal. We grant the
motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed: June 1, 2007